FARRELL LINES, INC., Respondent, v. CITY OF NEW YORK, Appellant. CITY OF NEW YORK, Respondent-Appellant, v. FARRELL LINES, INC., Appellant-Respondent.—

No opinion. Concur — Capozzoli, J. P., Markewich, Steuer and Tilzer, JJ. [63 Misc 2d 542.]